AUSA Lauren Jorgensen

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 11-8122-LRJ |
| WILLIE GUS HAMPTON | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 28, 2011___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | BANK ROBBERY AND ATTEMPTED BANK ROBBERY |

This criminal complaint is based on these facts:

SEE AFFIDAVIT OF SPECIAL AGENT ASHLEY E. TAYLOR, FEDERAL BUREAU OF INVESTIGATION, ATTACHED HERETO.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SPECIAL AGENT ASHLEY E. TAYLOR, FBI
*Printed name and title*

Sworn to before me and signed in my presence.
the Court finds probable cause.

Date: ___04/29/2011___

_____
*Judge's signature*

City and state: ___West Palm Beach, Florida___   LINNEA R. JOHNSON, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Ashley E. Taylor, being duly sworn, depose and state:

1. That I am a Special Agent with the Federal Bureau of Investigation (FBI) and I have been employed by the FBI for over eight years. I am currently assigned to the Miami Division, Palm Beach County Resident Agency, Safe Streets Task Force. I make this statement based on my personal knowledge, interviews with law-enforcement officers and information obtained through investigation.

2. This affidavit does not contain every fact of this investigation, only the necessary information to support the arrest of WILLIE GUS HAMPTON.

3. On April 28, 2011, at approximately 3:12 PM, an unidentified person entered the Wachovia Bank, located at 802 Southern Boulevard, West Palm Beach, Florida, which is in the Southern District of Florida. The Wachovia Bank is an FDIC insured institution, FDIC number 33931.

4. The subject approached the tellers counter and presented a note stating "I got a gun give me $100 and $50 bills". The teller stalled in providing the money to the subject. The subject fled the bank before the teller provided any money to the subject.

5. The subject was described by a witness at the bank as a black male wearing a black hat, glasses, a white and blue striped shirt, and walked with a limp and with the use of a walking cane.

6. Later that same day, on April 28, 2001, at approximately 3:18 PM, an unidentified person entered the SunTrust Bank, located at 422 Belvedere Road, West Palm Beach, Florida, which is in the Southern District of Florida. The SunTrust Bank is an FDIC insured institution, FDIC number 867-2.

7. The subject approached the teller counter and presented a note stating "I got a gun give me $100 and $50 dollar bills and hurry it up!!". The tellers provided the subject with $500 in US currency. The subject then fled the bank.

8. The subject was described by two witnesses at the bank as a black male wearing a black and grey hat, glasses, a plaid shirt, and walked with a severe limp and with the use of a walking cane.

9. Responding police officers from the West Palm Beach Police Department observed the possible subject walking to a parking lot located at 334 Belvedere Road. A police officer driving through the parking lot saw the possible subject in the passenger seat of a Ford Explorer, white in color, Florida tag 450 MNC, frantically trying to take off his shirt and hat. The subject was arrested. The driver of the vehicle was also taken into custody. The arresting officer visually saw in the front passenger side of the vehicle a multi colored plaid shirt which the subject had taken off, a blue colored cane, and a dark colored hat. The subject was identified as WILLIE GUS HAMPTON. The driver of the vehicle was identified as a male named " T. A. "

10. At the time of his arrest, HAMPTON was searched and was found to have $500 US Currency consisting of three $100 US dollar bills and four $50 US dollar bills.

11. HAMPTON was transported to the West Palm Beach Police Department where he was advised of his Miranda Rights by Detectives Markus McIntosh and Joe Filipkowski of the West Palm Beach Police Department. HAMPTON waived his rights and admitted to the attempted robbery of the Wachovia Bank located at 802 Southern Boulevard, West Palm Beach, Florida and the robbery of the SunTrust Bank located at 422 Belvedere Road, West Palm Beach, Florida on April 28, 2011. HAMPTON stated

he discussed robbing a bank with T.A. on the morning of April 28, 2011 at the residence of T.A.'s girlfriend, "B.T." at an apartment on 4th Street, in West Palm Beach, Florida. HAMPTON and T.A. discussed how they would rob the bank and they decided to use a note. HAMPTON and T.A. decided to split the money obtained from the robberies. Shortly thereafter, T.A. wrote the note used in the attempted robbery of the Wachovia Bank. T.A. then drove HAMPTON using the 2000 white Ford Explorer, Florida tag 450 MNC, to the Wachovia Bank and parked near the bank in a residential area while HAMPTON entered the bank. HAMPTON exited the Wachovia Bank and they departed the area. That note was left behind at the bank by HAMPTON.

12. T.A. then drove to 334 Belvedere Road. T.A. wrote another note on a piece of paper taken from the glove box of the 2000 Ford Explorer, Florida tag 450 MNC. The written portion was torn off and the remaining piece of paper was placed back in the glove box. HAMPTON exited the vehicle and walked to the SunTrust Bank. HAMPTON returned to the vehicle and was attempting to take off his hat and shirt when the arresting officer observed HAMPTON removing his shirt. The shirt matched the description of the shirt worn by the subject of the robbery of the Wachovia Bank and the SunTrust Bank.

13 Two tellers and a customer were transported to 334 Belvedere Road for a "show up" viewing of subject HAMPTON. Teller #1 from the Wachovia Bank stated that HAMPTON, shirtless and without the hat, was the person who attempted to rob the bank. Teller #2 from the SunTrust Bank stated that HAMPTON, shirtless and without the hat, was the person who robbed the bank. The customer from the SunTrust Bank stated that HAMPTON, shirtless and without the hat, was the person who robbed the

bank. The customer also identified the shirt and hat found in the vehicle as the clothing HAMPTON was wearing when he robbed the bank. HAMPTON was shown photographs from the Wachovia Bank and the SunTrust Bank surveillance videos and HAMPTON identified himself as the individual depicted in the photographs.

14. In view of the above, your affiant believes there is probable cause to believe that on or about April 28, 2011, in the Southern District of Florida, HAMPTON did knowingly by force, violence and intimidation, take from the person and presence of another approximately $500.00 in money belonging to and in the care, custody, control, management and possession of the Sun Trust Bank, located in West Palm Beach, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a); and did knowingly attempt, by force, violence and intimidation, to take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of the Wachovia Bank, located in West Palm Beach, Florida, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

15. Your affiant also believes that there is probable cause to believe that evidence, fruits and instrumentalities of the crimes of bank robbery and attempted bank robbery will be found inside the 2000 Ford Explorer, white in color, Florida tag 450 MNC which was driven by T.A. to the two banks, which vehicle is currently located at the West

Palm Beach Police Dept., 600 Banyan Blvd. WPB, FL, and the undersigned therefore requests that a warrant to search that vehicle be issued.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Ashley E. Taylor_
Ashley E. Taylor
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 27 day of April 2011.

_Linnea R. Johnson_
LINNEA R. JOHNSON
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  11-8122-LRJ

IN RE: CRIMINAL COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
LAUREN E. JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 726885
500 So. Australian Avenue, Suite 400
West Palm Beach, FL  33401
TEL (561) 820-8711
FAX (561) 659-4526
E-mail Address: Lauren.Jorgensen@usdoj.gov